and Others, Constituting the Commission of Taxes and Assessments of the City of New York. (Taxes of 1934–1935–1936.) — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Dore and Callahan, JJ.

THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES V. ALBERT A. VOLK, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, and Callahan, JJ.

FRANKLIN SURETY COMPANY and the STATE SUPERINTENDENT OF INSURANCE, as Liquidator of FRANKLIN SURETY COMPANY, V. UNITED STATES FIDELITY & GUARANTY COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

MARY L. McNAMARA V. JAMES F. McNAMARA.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

SAMUEL FRIEDMAN V. BOARD OF EDUCATION OF THE CITY OF NEW YORK and CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals granted; question certified. [See ante, p. 318; Id. p. 976.] Present — Martin, P. J., O'Malley, Glennon, Dore and Callahan, JJ.

MAX WEISS V. MEYER WALLACH, PAUL ABELSKY and FANNIE NOVEMBER.— Motion for reargument and for other relief denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Application of CARL F. W. MICHNER for an Order against PAUL J. KERN and Others, Commissioners, etc.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

HOME OWNERS' LOAN CORPORATION V. IRVING S. SLOMKA.— Motion for reargument and for other relief denied. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Application of MARY SULLIVAN, Guardian ad Litem for TIMOTHY J. SULLIVAN, an Incompetent, for an Order against the BOARD OF ESTIMATE OF THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

In the Matter of PAUL E. TUTHILL.— Motion for leave to the Court of Appeals denied. [See ante, p. 539.] Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

## (April 10, 1939.)

In the Matter of the Application of CENTRAL HANOVER BANK AND TRUST COMPANY for an Order Directing 42 BROADWAY REALTY CORPORATION to Produce and Make Available All Records and Other Data with Respect to Income and Disbursements, and for an Order Directing the Payment of Surplus Income or Such Part Thereof as the Court May Determine, to the Mortgagee, the Said CENTRAL HANOVER BANK AND TRUST COMPANY, to Apply Toward the Reduction of Any Past Due Principal of the Consolidated First Mortgage Covering Premises

Located at 42 Broadway, City, County and State of New York, and Owned by the Said 42 BROADWAY REALTY CORPORATION, Pursuant to Section 1077-c of the Civil Practice Act.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 1056.]   Present — Martin, P. J., Townley, Glennon and Cohn, JJ.

## (April 14, 1939.)

In the Matter of the Transfer Tax upon the Estate of EMMA ROSENWALD, Deceased.   MILTON G. GUITERMAN, as Executor and Trustee, etc., Appellant; STATE TAX COMMISSION, Respondent.— Orders so far as appealed from unanimously affirmed, with costs.   No opinion.   Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.   [See 160 Misc. 141; opinion of surrogate affirming on appeal is not reported.]

IRVING SCHATZ, Appellant, v. THE RECTOR, CHURCH WARDENS AND VESTRYMEN OF TRINITY CHURCH IN THE CITY OF NEW YORK and WILLIAM S. SUSSMAN, INCORPORATED, Respondents.— Judgment unanimously affirmed, with costs.   No opinion.   Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

BARBARA MARTINEK and ANTON MARTINEK, Respondents, v. FRANK J. RUBRICIUS, Appellant.— Order reversed, with costs and disbursements, and the verdict reinstated.   No opinion.   Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.; Cohn, J., dissents and votes to affirm.

MARTHA McGUIRE, Appellant, v. THE TRAVELERS INSURANCE COMPANY, Respondent.— Determination unanimously reversed and the judgment of the City Court of the City of New York, Bronx County, affirmed, with costs to the plaintiff in this court and in the Appellate Term.   No opinion.   Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.   [166 Misc. 215; 167 id. 718.]

TILLIE KOBER, Appellant, v. NERWAL REALTY CORP., Respondent.— Judgment unanimously affirmed, with costs.   No opinion.   Present — Martin, P. J., Townley, Untermyer and Cohn, JJ.

WILHELMINA H. MAN, Appellant, v. ELIZABETH K. MURPHY, Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements.   No opinion.   Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

MANHATTAN SQUARE-BERESFORD, INC., Appellant, v. MORRIS E. MARVIN, Respondent.— Judgment and order unanimously affirmed, with costs.   No opinion.   Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL GANGI, Appellant.— Judgment unanimously affirmed.   No opinion.   Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

FRANKLIN TITLE AND MORTGAGE GUARANTY COMPANY OF NEW YORK, Respondent, v. ISAAC SHERNOV and SADIE SHERNOV, Appellants, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs.   No opinion.   Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

MICHAEL KLACHKO, in Behalf of Himself and All Other Persons Similarly Situated and in Behalf of NEW AMSTERDAM BREWING COMPANY, Appellants, v. LAWYERS TRUST COMPANY, Respondent, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs.   No opinion.   Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.   [170 Misc. 134.]